IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDRE DUNSON, SR.                                                                    PLAINTIFF

v.                                          Case No. 6:26-cv-6056

MILTON STATES and VICTORIA WILSON                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 8.  Upon preservice screening of Plaintiff's Complaint (ECF No. 3) pursuant to 28 U.S.C. § 1915(e)(2), Judge Singleton recommended that Plaintiff's claims be dismissed with prejudice. Judge Singleton explained that Plaintiff's claims under 42 U.S.C. § 1983 are untenable because Defendants are not state actors amenable to such claims.  Judge Singleton added that Plaintiff's other potential claims under numerous federal criminal statutes are also untenable because those statutes create no private cause of action.[1]  Plaintiff has not objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto.  Accordingly, Plaintiff's Complaint (ECF No. 3) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge

---

[1] Plaintiff references 18 U.S.C. §§ 241, 242, 245, 248, and 249.  ECF No. 3, at 3–4.